Total pages: 2
James E. Salven
Chapter 7 Trustee
P. O. Box 25970
Fresno, CA 93729
(559) 230-1095

# IN THE UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of | Case No. 14-13153-A-7 |
| | Chapter 7 |
| | D.C. No. JES-2 |
| ALFREDO VAZQUEZ GONZALEZ and LETICIA VAZQUEZ, | **TRUSTEE'S MOTION TO SELL PROPERTY OUT OF THE ORDINARY COURSE OF BUSINESS AT PUBLIC AUCTION and PAY AUCTION COMMISSION AND EXPENSES (11 U.S.C. Sec. 363(b)(1);(f))** |
| Debtors. | **Date: February 18, 2015<br>Time: 9:00 a.m.<br>Dept: A** |

James E. Salven, Chapter 7 Trustee, ("Trustee"), moves the Court as follows:

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. Section 1334(a). This is a "core" proceeding pursuant to 28 U.S.C. Section 157 (b) (2) (A), (N).

2. This case was filed on June 19, 2014. James E. Salven was appointed Chapter 7 Trustee on or about July 21, 2014.

3. The asset(s) of the estate the trustee wishes to sell at auction is a **1999 Dodge Conversion Van, bearing VIN: 286HB11Y4XK514986.**

4. The Trustee wishes to sell the subject assets so that the proceeds can benefit the estate. The estate has elected to sell the subject assets by means of a public auction to be held on Tuesday, February 24, 2015, beginning at 5:30 p.m., at Baird's Auctions, located at 1328 N. Sierra Vista, Suite B, Fresno, California.

5. The Trustee believes that the sale is in the best interest of the estate.

6. The property proposed to be sold constitutes a portion of the personal property in possession of the debtors at the time the case was filed.

7. Trustee has agreed to pay on commission, in the amount of 15% of gross sale price; and, the expenses applicable to storage and sale.

**WHEREFORE,** Movant prays as follows:

1. For an Order approving the public auction sale of the subject property described above, to be held on Tuesday, February 24, 2015, beginning at 5:30 p.m., at 1328 N. Sierra Vista, Suite B, Fresno, CA, and;

2. For Order approving the payment of commission on sales costs.

3. For such other and further relief as the Court deems just and proper.

Dated: 1/21/15

James E. Salven, Trustee